## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

VICTOR BALZAROTTI,

      Petitioner,

v.                                 CASE NO.  4:14cv189-RH/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

      Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8, and the objections, ECF No. 10.  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The petition, ECF No. 1, and the motion for a parole-rescission hearing, ECF No. 5, are DENIED.  The clerk must enter judgment and close the file.

SO ORDERED on June 12, 2014.

                        s/Robert L. Hinkle
                        United States District Judge